IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ANDREW C. HRUBY,

    Plaintiff,

vs.

MARCUS HODGE, COUNSELOR
STRUBHART, FUNK, UNKNOWN PARTY,
and NURSE SELLERS,

    Defendants.

Case No. 12-cv-981-JPG

## **MEMORANDUM AND ORDER**

This matter comes before the Court on Andrew C. Hruby's motion for extension of time to "respond" (Doc. 131) to "the Orders of this Court" and defendant Nurse Seller's objection (Doc. 130) to Hruby's motion for voluntary dismissal (Doc. 129). The Court **GRANTS** Hruby's motion to the extent it extends Hruby's time to (1) object to Judge Frazier's Report and Recommendation ("R & R") (Doc. 125) and (2) reply to Nurse Seller's objection (Doc. 130). Specifically, Hruby shall file any objection to the R & R or reply to Nurse Seller's objection on or before **December 13, 2013.**

The Court notes Hruby's intended "response" is properly characterized as a reply because he filed the motion to which Nurse Sellers responded in her objection. Local Rule 7.1(c) provides that "[r]eply briefs are not favored and should be filed only in exceptional circumstances." Further, "the party filing the reply brief shall state the exceptional circumstances." Local Rule 7.1(c). Accordingly, Hruby must consider these rules before replying to Nurse Seller's "objection."

Finally, Hruby has made a practice of unnecessarily extending this litigation through motions for extensions of time and other means. The Court warns Hruby that it is not inclined to grant future motions for extensions of time absent extraordinary circumstances.

**IT IS SO ORDERED.**

**DATED:** December 5, 2013

s/ J. Phil Gilbert
**J. PHIL GILBERT
DISTRICT JUDGE**